## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**DERRICK ESTES**                                                        **CIVIL ACTION**

**VERSUS**                                                               **NO. 13-723**

**L. VARNEDO**                                                           **SECTION "B"(1)**

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion to dismiss is **GRANTED** and that his complaint be **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that this Court's previous order directing the Warden of the Nelson Coleman Correctional Center to collect funds from plaintiff's inmate account to pay the filing fee

in this matter is **RESCINDED** and that no further action be taken to collect the filing fee.

New Orleans, Louisiana, this 30th day of May, 2013.

                                                  */s/ signature*
                                     **UNITED STATES DISTRICT JUDGE**

_____

**CLERK TO NOTIFY:**
**Financial**

**and**

**Warden**
**Nelson Coleman Correctional Center**
**5061 Highway 3127**
**Killona, LA  70057**
**ATTN:  Inmate Banking**
**AND ALL PARTIES TO CAPTIONED ACTION**